GERTRUDE SAVAGE, Respondent, v. JENNIE M. O'BRIEN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

ISRAEL SCHLESSINGER, Respondent, v. FANNIE BERNIKOW, Appellant. SOL BERNIKOW and Others, Defendants.— Judgment affirmed, with costs. No opinion. Lazansky, P. J., Kapper and Hagarty, JJ., concur; Seeger and Scudder, JJ., dissent and vote for reversal and a new trial, being of opinion that the bond and mortgage set forth in the complaint were given upon an agreement by respondent to abandon the criminal prosecution of Maurice Bernikow and to suppress the evidence of the crime of forgery of a bond and mortgage for $6,000, purported to have been executed by appellant.

SEPTEMBER REALTY CORPORATION, Appellant, v. MAX GOODMAN and Others, Respondents.— Judgment affirmed, with costs. No opinion. Lazansky, P. J., Young, Seeger and Carswell, JJ., concur; Kapper, J., dissents.

ADOLPH SPINDEL, Appellant, v. JULIUS CASSILETH, Respondent, and LEOPOLD YENTAFF, Defendant.— Order setting aside verdict and granting new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

VICTORY BARBER SUPPLY CO., INC., Appellant, v. ANDREA L. SAMA, Defendant, and MOE GREENBERG, Respondent.— Order confirming report of referee modified so as to provide that there be eliminated from the report, as an element of damage, the proportionate part of interest upon the original investment, and as so modified unanimously affirmed, without costs. We are of opinion that the allowance of the item of interest upon the original investment constitutes a duplication. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ. Settle order on notice.

WILLIAM YARM, Appellant, v. JACOB HINKLEIN and Others, Defendants. JOSEPH PINES, Respondent.— Order directing plaintiff to accept $375 in full payment and discharge of lien, and order denying motion for reargument, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ., concur.